ELDORADO JEWELRY COMPANY *v.* HITCHCOCK & CAMP.

PER CURIAM. 1. A refusal to strike the answer of a defendant, on motion, furnishes no proper ground of a motion for a new trial. *Hawkins* v. *Studdard,* 132 *Ga.* 265 (63 S. E. 852, 131 Am. St. Rep. 190).

2. Under the record before us, none of the grounds of the motion for a new trial require a reversal for any reason assigned.

*Judgment affirmed. All the Justices concur.*

MARCH 3, 1911.

Complaint. Before Judge Edwards. Paulding superior court. August 24, 1909.

*J. S. James* and *H. W. Nalley,* for plaintiff.

*W. E. Spinks,* for defendants.